IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH C. LEATHERS,<br><br>Defendant. | PO 23-5006-H-KLD<br><br><br><br>ORDER |

On July 7, 2023, Defendant Keith Leathers filed a status report asking the Court to set a briefing schedule to allow him to file a motion to dismiss. (Doc. 17). Accordingly,

IT IS ORDERED that Defendant shall have until August 7, 2023 to file a motion to dismiss and supporting brief. The United States' response shall be due 14 days after Defendant files his motion, and Defendant's reply shall be due 7 days after the United States files its response.

DATED this 10th day of July, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge