# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| UNITED STATES OF AMERICA, | 6:23-po-5006-M-KLD |
|---|---|
| Plaintiff, | Violation: 9587355<br>Location Code: M18 |
| vs. | |
| KEITH LEATHERS, | ORDER |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 22nd day of April, 2024.

*/s/ Kathleen L. DeSoto*
KATHLEEN L. DESOTO
United States Magistrate Judge

1